UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| FREDERICK R. REED, Trustee, ) | CASE NO. 3:04-CV-203 |
| ) | |
| Plaintiff-Appellee, ) | JUDGE THOMAS M. ROSE |
| ) | |
| vs. ) | |
| ) | |
| FEDEX GROUND PACKAGE SYSTEMS, ) | |
| INC., f/k/a/ RPS, INC., ) | |
| ) | |
| Defendant-Appellant. ) | |

**ORDER GRANTING AMENDED JOINT MOTION TO VACATE FINAL JUDGMENT**

This matter came on to be considered on the Amended Joint Motion to Vacate Final Judgment. Accordingly, the Court having determined that the Motion and exhibits establish just cause for the relief granted herein, it is hereby:

ORDERED, ADJUDGED and DECREED, that:

1. This Court's Final Judgment, issued on December 8, 2004 (Docket Entry Number 21) is VACATED.

July 24, 2006            s/Thomas M. Rose

                        HONORABLE THOMAS M. ROSE
                        Judge, United States District Court for the Southern District
                        of Ohio

{944107:}

1